**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1774

LEANDER BACON; IRIS I. DICK BACON,

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA; NAVY FEDERAL CREDIT UNION, ("Navy FCU"); COMMONWEALTH ASSET SERVICES, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:19-cv-01641-RDA-MSN)

Submitted: November 22, 2021                    Decided: December 13, 2021

Before QUATTLEBAUM and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Henry Woods McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, P.C., Richmond, Virginia, for Appellants. G. Zachary Terwilliger, United States Attorney, Robert K. Coulter, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Caitlin M. Kasmar, BUCKLEY LLP, Washington, D.C.; David M. Zobel, SYKES, BOURDON, AHERN & LEVY, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leander Bacon and Iris I. Dick Bacon appeal the district court's order dismissing their complaint for lack of subject matter jurisdiction in part based on the *Rooker-Feldman* doctrine.[*] We have reviewed the record and conclude that the court correctly determined that it lacked jurisdiction over the complaint on this ground. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923).